UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: CYBIL FISHER LITIGATION                               MDL No. 2488

ORDER DENYING TRANSFER

**Before the Panel:**[*] Pursuant to 28 U.S.C. § 1407, petitioner in the four actions listed on the attached Schedule A moves to centralize the litigation in the Eastern District of Wisconsin.[1] Common defendant the United States of America opposes the motion.

On the basis of the papers filed and hearing session held, we conclude that Section 1407 centralization would not serve the convenience of the parties and witnesses or further the just and efficient conduct of this litigation. The actions in this litigation all involve efforts by petitioner to quash third-party summonses issued in connection with an Internal Revenue Services investigation. Actions such as these are generally summary in nature, *see, e.g., Robert v. United States*, 364 F.3d 988, 999 (8th Cir. 2004), and movant has not convinced us that Section 1407 centralization is warranted. *See In re: James D. Jordan IRS Summons Litig.*, 802 F. Supp. 2d 1374 (J.P.M.L. 2011); *In re: Crystal Poole IRS Summons Litig.*, 763 F. Supp. 2d 1371 (J.P.M.L. 2011); *In re: Good Karma, LLC, et al., IRS Summons Litig.*, 528 F. Supp. 2d 1361 (J.P.M.L. 2007).

---

[*] Judge Marjorie O. Rendell took no part in the decision of this matter.

[1] As filed, the motion encompassed nine actions. Five of those actions, however, have since been dismissed for lack of subject matter jurisdiction.

- 2 -

IT IS THEREFORE ORDERED that the motion, pursuant to 28 U.S.C. § 1407, for centralization of the actions listed on Schedule A is denied.

PANEL ON MULTIDISTRICT LITIGATION

_____
John G. Heyburn II
Chairman

Paul J. Barbadoro            Charles R. Breyer
Lewis A. Kaplan              Sarah S. Vance
Ellen Segal Huvelle

IN RE: CYBIL FISHER LITIGATION                    MDL No. 2488

## SCHEDULE A

<u>District of Arizona</u>

Cybil Fisher v. United States of America, et al., C.A. No. 2:13-00056

<u>Southern District of Indiana</u>

Cybil Fisher v. United States of America, et al., C.A. No. 1:13-00075

<u>Northern District of Texas</u>

Cybil Fisher v. United States of America, et al., C.A. No. 3:13-00085

<u>Western District of Wisconsin</u>

Cybil Fisher v. United States of America, et al., C.A. No. 3:13-00013